UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ABEL OSAGIE,

        Plaintiff,

v.                                                 Civil Number. 3:16cv01311(VAB)

U.S EQUITIES CORP., LINDA STRUMPF,
JOSEPH W. DOHERTY,
        Defendants.

## **JUDGMENT**

This matter came on for consideration of defendants' motions to dismiss and motion to dismiss for lack of jurisdiction before the Honorable Victor A. Bolden, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 24, 2017, an order entered granting the relief.

It is therefore, ORDERED, ADJUDGED and DECREED that the judgment is entered for the defendants and the complaint is dismissed.

Dated at Bridgeport, Connecticut this 31st day of August, 2017.

                                                    ROBIN D. TABORA, CLERK
                                                    By:
                                                       /s/
                                                    Jazmin Perez
                                                   Deputy Clerk

EOD:   8/31/2017